# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Produce Pay Incorporated,<br><br>  Plaintiff,<br><br>v.<br><br>Star Produce US LP, et al.,<br><br>  Defendants. | No. CV-22-00380-TUC-RM (LAB)<br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation for Dismissal with Prejudice. (Doc. 45.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' settlement agreement, the parties stipulate and agree to dismiss the entire action with prejudice, including all claims and counterclaims, with each party to bear its own costs and attorney fees. (*Id.*)

Good cause appearing,

**IT IS ORDERED** that the Joint Stipulation for Dismissal with Prejudice (Doc. 45) is **approved**. The above-captioned action is **dismissed with prejudice**, with each party to bear its own costs and attorney's fees. The Clerk of Court is directed to close this case.

Dated this 13th day of February, 2023.

_____
Honorable Rosemary Márquez
United States District Judge